AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>08-865 | DATE FILED<br>5/20/08 | U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA |
|---|---|---|
| PLAINTIFF<br><br>**HEWLETT PACKARD COMPANY**<br>3000 Hanover Street<br>Palo Alto, CA<br>Transferred from USDC -CALIFORNIA NORTHERN<br>MDL CASE<br><br><br>represented by **Charlene Marie Morrow**<br>FENWICK & WEST, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041-2008<br>(650) 988-8500<br>Fax: (650) 938-5200 | | DEFENDANT<br><br>**PAPST LICENSING GmbH & Co. KG**<br>**Bahnofstrasse 33, 78112 St.**<br>**Georgen, Germany**. |

|   | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,470,399 | 10/22/02 | Papst Licensing |
| 2 | 6,895,449 | 5/17/05 | Papst Licensing |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

|   | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| NANCY MAYER-WHITTINGTON by Joe Burgess | | 8/8/08 |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**